**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CASE NAME: NATALJA VILDZIUNIENE          CASE NO.: 19-22967

**SUMMARY OF CASH RECEIPTS**
**AND CASH DISBURSEMENTS - PERSONAL**

For Month Ending October 31, 2019

STATEMENT BEGINNING BALANCE IN -3817          $123.57

RECEIPTS:
    Credits: (incl. $2,500 transfer from -5783)     $6,035.84
    Receipts exclusive of $2,500 transfer         $3,535,84

DISBURSEMENTS:
    Personal expenses:                       ($5,582.87)

ACTUAL NET RECEIPTS (DISBURSEMENTS)          ($2,047.03)

STATEMENT ENDING BALANCE IN ALL -3817         $576.53

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE  CASE NO.: 19-22967

SUMMARY OF CASH RECEIPTS
AND CASH DISBURSEMENTS – RENT

For Month Ending October 31, 2019

STATEMENT BEGINNING BALANCE IN -5783  $78.86

RECEIPTS:
    Credits:  $5,100

DISBURSEMENTS:
    Personal expenses:  ($2,592.25)
    (Transfer debit of $2,500 to -3817 not included in this figure)

ACTUAL NET RECEIPTS (DISBURSEMENTS)  $2,507.75

STATEMENT ENDING BALANCE IN ALL -3817  $86.61
    )Statement ending balance reflects $2,500 transfer debit)

OPERATING REPORT Page 1
EXHIBIT"B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE           CASE NO.: 19-22967

RECEIPTS LISTING PERSONAL

FOR MONTH ENDING October 31, 2019

Bank:        PNC

Location:    607 W. Devon Ave. Park Ridge, IL 6006

Account No.: -3817

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/2/19 | Homewerks | $1,518.84 |
| 10/15/19 | NK Kitchen | $1,017 |
| 10/21/19 | NK Kitchen | $1,000 |
|  |  | TOTAL: $3,535.84 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE          CASE NO.: 19-22967

**RECEIPTS LISTING RENTS**

FOR MONTH ENDING October 31, 2019

Bank: PNC

Location: 607 W. Devon Ave. Park Ridge, IL 6006

Account No.: -5783

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/1/19 | Rent for 3659 N. Nordica | $1,700.00 |
| 10/8/19 | Rent for 3224 N. Ottawa | $1,750.00 |
| 10/10/19 | Rent for 3543 N. Plainfield | $1,650.00 |

TOTAL: $5,100

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

**356IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME: NATALJA VILDZIUNIENE  CASE NO.: 19-22967

**DISBURSEMENT LISTING  PERSONAL**

FOR MONTH ENDING October 31, 2019

Bank: PNC

Location:    607 W. Devon Ave. Park Ridge, IL 60068-4732

Account No.:  -3817

DATE DISBURSED    CHECK NO.    DESCRIPTION                         AMOUNT

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10-01-2019 | | Parking Meter | $4.00 |
| 10-03-2019 | | T-Mobile | $100.00 |
| 10-07-2019 | | BMW | $520.00 |
| 10-07-2019 | | Comcast- Cable-Internet | $234.12 |
| 10-07-2019 | | State Farm Car Insurance | $142.34 |
| 10-08-2019 | | Amazon Prime Membership | $119.00 |
| 10-09-2019 | | Amazon  (rev'd 10/22) | $18.99 |
| 10-09-2019 | | IL Tollway | $20.00 |
| 10-10-2019 | | Audible | $14.95 |
| 10-11-2019 | | Amazon  (rev'd 10/15) | $12.99 |
| 10-11-2019 | | Amazon | $11.99 |
| 10-15-2019 | | Amazon | $18.38 |
| 10-15-2019 | | Amazon | $12.95 |
| 10-15-2019 | | Amazon | $16.99 |
| 10-15-2019 | | Shell Gas | $21.02 |
| 10-15-2019 | | Walmart | $16.46 |
| 10-16-2019 | | Sally | $13.65 |
| 10-16-2019 | | CommEd | $281.18 |
| 10-16-2019 | | SVC Service Fee | $1.75 |
| 10-16-2019 | | HCSC Health Insurance | $450.00 |
| 10-17-2019 | | T Mobile | $98.00 |
| 10-18-2019 | | Gas | $20.18 |
| 10-18-2019 | | Shell Gas | $13.85 |
| 10-21-2019 | | Parking | $52.00 |
| 10-22-2019 | | Hinsdale Magazine | $10.00 |
| 10-23-2019 | | Amazon | $21.89 |
| 10-24-2019 | | IL Tollway | $20.00 |

| 10-24-2019 | | SunTrust Mortgage | $3,278.10 |
| 10-25-2019 | | IL Tollway | $20.00 |
| 10-28-2019 | | Amazon | $15.09 |
| 10-29-2019 | | Amazon | $16.99 |
| 10-31-2019 | | Gas | $27.90 |
| | | **Subtotal** | $5,624.75 |

Note credits from Amazon:
10/30          $9.90
10/15          $12.99
10/22          $18.99
Total credits   $41.88

                NET TOTAL: $5,582.87

You must create a separate list for each bank account from which disbursements were made during the month.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CASE NAME: NATALJA VILDZIUNIENE            CASE NO.: 19-22967

**DISBURSEMENT LISTING RENTS**

FOR MONTH ENDING October 31, 2019

Bank: PNC

Location:     607 W. Devon Ave. Park Ridge, IL 60068-4732

Account No.: -5783

DATE DISBURSED    CHECK NO.    DESCRIPTION        AMOUNT

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/9/19 | 200 | Mortgage | $740.76 |
| 10/10/19 | 201 | Mortgage | $865.90 |
| 10/16/19 | | Online bk class | $23 |
| 10/16/19 | | Geeksquad | $54.99 |
| 10/24/19 | 202 | | $907.60 |
| | | | |
| | | | |
| | | | |

TOTAL: $2,592.25

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE      CASE NO.: 19-22967

FOR MONTH ENDING October 31 2019

STATEMENT OF INVENTORY

Beginning inventory      $ _____

Add: purchases      $ _____

Less: goods sold
(cost basis)      $ _____

Ending inventory      $ _____

PAYROLL INFORMATION STATEMENT
Gross payroll for this period      $ _____

Payroll taxes due but unpaid      $ _____

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Servicer | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| PHH | 10/1/19 | $907.60 | -0- | -0- |
| SPS | 9/1/19 | $865.90 | -0- | -0- |
| PHH |  | $795.01 | -0- | -0- |
| SunTrust |  | $3,278.10 | -0- | -0- |
|  |  |  |  |  |

* Include only post-petition payments.

OPERATING REPORT Page 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME: NATALJA VILDZIUNIENE          CASE NO.: 19-22967

FOR MONTH ENDING October 31, 2019

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:
    Beginning of month balance          $ _____

    Add: sales on account               $ _____

    Less: collections                   $ _____

    End of month balance                $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

    Beginning of month balance          $ _____

    Add: credit extended                $ _____

    Less: payments of account           $ _____

    End of month balance                $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CASE NAME: NATALJA VILDZIUNIENE                    CASE NO.: 19-22967

FOR MONTH ENDING October 31, 2019

**TAX QUESTIONNAIRE**

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes            Yes ( ✔ ) No ( )

2. FICA withholdings               Yes ( ) No ( )

3. Employee's withholdings         Yes ( ) No ( )

4. Employer's FICA                 Yes ( ) No ( )

5. Federal Unemployment Taxes      Yes ( ) No ( )

6. State Income Tax                Yes ( ) No ( )

7. State Employee withholdings     Yes ( ) No ( )

8. All other state taxes           Yes ( ✔ ) No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CASE NAME: NATALJA VILDZIUNIENE          CASE NO.: 19-22967

FOR MONTH ENDING October 31, 2019

**INSURANCE QUESTIONNAIRE**

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (provide certificates of insurance for each policy if not already provided):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date if applicable |
|---|---|---|---|---|
| State Farm | 13-16-R722-4 | Homeowners | 8/30/20 | |
| State Farm | 93 -CV-D287-5 | Rental Dwelling | 7/5/20 | |
| State Farm | 93-CT-D200-7 | Rental Dwelling | 6/14/20 | |
| State Farm | 93-cp-Y030-0 | Rental Dwelling | 1/31/20 | |
| State Farm | E90-9399-B03-13A | Auto | | |
| | | | | |
| | | | | |

* If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (i.e., non-payment, sale of asset, abandonment, etc.).

2. Have all required insurance premium payments during the reporting period been made? If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary).

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE          CASE NO.: 19-22967

## STATEMENT AS TO CLAIMS OF PARTIES TO RENTS

       The Debtor has reported rents received in the foregoing pages for the purposes of complying with the reporting requirements and providing information to parties in interest. By doing so, the Debtor is not seeking to bind third parties to a position that by so filing the reports, claims and rights of third parties to the rents are affected. The Debtor intends that by so filing the reports, third parties and the Debtor preserve rights to assert claims and rights in the rents.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Natalja Vildziuniene, acting as the duly authorized agent for the Debtor in Possession, declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession

Print or type name and capacity of person signing this Declaration:

Natalja Vildziuniene
Debtor in Possession

DATED: __12-10__ 2019