# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 19-22967 |
| | ) | |
| NATALJA VILDZIUNIENE, | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | Chapter 11 |
| | | Hearing Date: 11/23/2020 |
| | | at 1:30 p.m. |

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION

Bruce de'Medici hereby withdraws his Motion to Withdraw as Counsel for Debtor and Debtor in Possession (Dkt. #293).

Respectfully Submitted
Bruce de'Medici

By: /s/ Bruce de'Medici

Bruce de'Medici
de'Medici Law
834 Forest Avenue
Oak Park, Illinois 60302
Tel: 312.731.6778
Email: bdemedici@bdemlaw.com

## CERTIFICATE OF SERVICE

I, Bruce de'Medici, an attorney who is licensed to practice law in the State of Illinois, certify that on the 23rd day of November, 2020, I served a copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION upon Registrants through this Court's Electronic Notice for Registrants and upon Natalja Vildziuniene through First Class mail electronic mail to her, all as listed below.

/s/ Bruce de'Medici

**Registrants served through the Court's Electronic Notice to Registrants**

| | | |
|---|---|---|
| Office of the United States Trustee<br>USTPRegion11.es.ecf@usdoj.gov | James J. Ayres, Sr<br>Ayres Law Offices, Ltd.<br>James@AyresLawLtd.com | Peter C. Bastianen<br>Codilis and Associates<br>ND-Four@il.cslegal.com |
| Jeffrey D. Corso<br>Cooney & Corso, LLC<br>jcorso@ccvmlaw.com | David DeCelles<br>U.S. Attorney's Office<br>david.decelles@usdoj.gov | Carrie A. Dolan<br>Cohon, Raizes & Regal LLP<br>cdolan@cohonraizes.com |
| Jonathan D. Golding<br>The Golding Law Offices, P.C.<br>jgolding@goldinglaw.net | Richard N. Golding<br>The Golding Law Offices, P.C.<br>rgolding@goldinglaw.net | Dana N. O'Brien<br>McCalla Raymer Pierce, LLC<br>dana.obrien@mccalla.com |
| Jennifer M. Rinn<br>Rinn Richman Law LLC<br>Jennifer@rinnrichmanlaw.com | Christopher T. Smith<br>ctsmith@attorneyctsmith.com | Toni Townsend<br>McCalla Raymer Leibert Pierce, LLC<br>toni.townsend@mccalla.com |
| Amir R. Tahmassebi<br>Konicek & Dillon, P.C.<br>amir@konicekdillonlaw.com | Kevin Besetzny<br>Besetzny Law PC<br>kbesetzny@besetznylaw.com | Bradley Block<br>Law Offices of Bradley Block<br>brad.block@bradblocklaw.com |

**Notice through electronic mail**

Natalja Vildziuniene
208 North Dee Road
Park Ridge, Illinois 60068
Electronic mail: natashavildz@gmail.com