1IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE               CASE NO.: 19-22967

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending March 31, 2021
BEGINNING BALANCE IN ALL ACCOUNTS                         $30,434.58

RECEIPTS:
    1. Receipts from operations       $5,423.79
    2. Other Receipts                    $8,100.00

TOTAL RECEIPTS                                             $13,523.79

DISBURSEMENTS:
    3. Net payroll:
        a. Officers
        b. Others
    4. Taxes
        a. Federal Income Taxes
        b. FICA withholdings
        c. Employee's withholdings
        d. Employer's FICA
        e. Federal Unemployment Taxes
        f. State Income Tax
        g. State Employee withholdings
        h. All other state taxes
    5. Necessary expenses:
        a. Rent or mortgage payments(s)|related   $8,744.80
        b. Utilities
        c. Insurance
        d. Merchandise bought for manufacture or sale
        e. Other necessary expenses        $2,025.61
        (food/transportation/auto lease/miscellaneous)

TOTAL DISBURSEMENTS                                        $10,770.41

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD

ENDING BALANCE IN ALL ACCOUNTS                             $24,697.96

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE        CASE NO.: 19-22967

**RECEIPTS LISTING RENTS**

FOR MONTH ENDING March 31, 2021

Bank: PNC

Location: 607 W. Devon Ave. Park Ridge, IL 6006

Account No.: -5783

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 3/01/2021 | Rent Ottawa | $1,750.00 |
| 3/09/2021 | Rent Plainfield March | $650.00 |
| 3/09/2021 | Rent Plainfield February | $350.00 |
| 3/16/2021 | Rent Plainfield March | $1,000.00 |
| 3/19/2021 | Rent Nordica | $1,673.79 |
| | | |
| | | |
| | | |
| | | |

TOTAL: $5,423.79

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE            CASE NO.: 19-22967

## DISBURSEMENT LISTING RENTS

FOR MONTH ENDING March 31, 2021

Bank: PNC

Location:    607 W. Devon Ave. Park Ridge, IL 60068-4732

Account No.: -5783

<u>DATE DISBURSED</u>  <u>CHECK NO.</u>  <u>DESCRIPTION</u>                    <u>AMOUNT</u>

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/24/2021 | 265 | SPS Mortgage Ottawa | $774.00 |
| 3/26/2021 | 263 | PHH Mortgage Plainfield | $805.00 |
| 3/26/2021 | 264 | PHH Mortgage Nordica | $826.00 |
| 3/11/2021 |  | Gas | $14.14 |

TOTAL: $2,419.14

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3



**Account Activity**  Sunday, April 25, 2021

## Standard Checking XXXXXX5783     Available Balance: $8,195.25

### Account Summary

| | | | |
|---|---|---|---|
| Available Balance: | $8,195.25 | Interest Paid to Date: | $0.00 |
| Ledger Balance: | $8,195.25 | Interest Paid Last Year: | $0.00 |
| Pending Withdrawals: | $0.00 | Last Deposit Amount: | $1,650.00 04/19/2021 |
| Pending Deposits: | $0.00 | Last Statement Balance: | $9,031.14 04/20/2021 |

### Account Details

| | |
|---|---|
| Nickname: | None |
| Type: | Standard Checking |
| Text Banking Nickname: | None |
| Address: | 208 N DEE RD PARK RIDGE, IL 60068 - 2815 |

### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect your Available Balance and are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| | You have no pending transactions | | |

### Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 03/26/2021 | CHECK 264 090339547 | $826.00 | | $13,768.23 |
| 03/26/2021 | CHECK 263 090339548 | $805.00 | | $14,594.23 |
| 03/24/2021 | PAYMENT,E-CHECK 0265 SP SERVICING MRTG PMT | $774.00 | | $15,399.23 |
| 03/19/2021 | ATM DEPOSIT 95465405 DEPOSIT 607 W DEVON AVE PARK RIDGE IL | | $1,673.79 | $16,173.23 |
| 03/16/2021 | ATM DEPOSIT 90135381 DEPOSIT 607 W DEVON AVE PARK RIDGE IL | | $1,000.00 | $14,499.44 |
| 03/11/2021 | DEBIT CARD PURCHASE XXXXX7227 SHELL OIL XXXXX9805 PARK RIDGE IL | $14.14 | | $13,499.44 |
| 03/09/2021 | ATM DEPOSIT 95081862 DEPOSIT 8890 N MILWAUKE NILES IL | | $350.00 | $13,513.58 |
| 03/09/2021 | ATM DEPOSIT 95081984 DEPOSIT 8890 N MILWAUKE NILES IL | | $650.00 | $13,163.58 |
| 03/01/2021 | ATM DEPOSIT 90319465 DEPOSIT 607 W DEVON AVE PARK RIDGE IL | | $1,750.00 | $12,513.58 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE          CASE NO.: 19-22967

**RECEIPTS LISTING PERSONAL**

FOR MONTH ENDING March 31, 2021

Bank: PNC

Location: 607 W. Devon Ave. Park Ridge, IL 6006

Account No.: -3817

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/01/2021 | Deposit | $6,840.00 |
| 3/29/2021 | Deposit | $1,260.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL: $8,100.00

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

356IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE       CASE NO.: 19-22967

DISBURSEMENT LISTING PERSONAL

FOR MONTH ENDING March 31, 2021

Bank: PNC

Location:   607 W. Devon Ave. Park Ridge, IL 60068-4732

Account No.: -3817

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/01/2021 | | Gas | $2.08 |
| 3/01/2021 | | SunTrust Mortgage February | $3,119.90 |
| 3/05/2021 | | State Farm Car Insurance | $147.10 |
| 3/08/2021 | | Gas | $39.29 |
| 3/12/2021 | | Netflix | $13.99 |
| 3/12/2021 | | Gas | $15.40 |
| 3/15/2021 | | HelloFax | $0.99 |
| 3/19/2021 | | Legal Shield | $24.95 |
| 3/22/2021 | | Zoom | $14.99 |
| 3/22/2021 | | Verizon | $39.66 |
| 3/22/2021 | | Gas | $44.16 |
| 3/23/2021 | | Parking | $17.00 |
| 3/23/2021 | | Just Answer | $1.00 |
| 3/23/2021 | | Hello Fax | $1.59 |
| 3/25/2021 | | Hello Fax | $0.99 |
| 3/29/2021 | | Just Answer | $34.00 |
| 3/29/2021 | | Toll Way | $20.00 |
| 3/29/2021 | | Best Buy | $110.24 |
| 3/29/2021 | | Hello Fax | $1.99 |
| 3/29/2021 | | Health Insurance | $262.81 |
| 3/30/2021 | | BMW | $520.00 |
| 3/30/2021 | | Comcast | $243.54 |
| 3/30/2021 | | Nicor | $202.95 |
| 3/30/2021 | | Comm Ed | $150.00 |
| 3/30/2021 | | T Mobile | $101.00 |
| 3/30/2021 | | Service Fee | $1.75 |
| 3/31/2021 | | SunTrust Mortgage March | $3,119.90 |
| | | NET TOTAL: | $8,251.27 |



# Account Activity

## Standard Checking XXXXXX3817    Available Balance: $10,498.18

### Account Summary

| | | | |
|---|---|---|---|
| Available Balance: | $10,498.18 | Interest Paid to Date: | $0.00 |
| Ledger Balance: | $10,550.22 | Interest Paid Last Year: | $0.00 |
| Pending Withdrawals: | $52.04 | Last Deposit Amount: | $1,260.00 03/29/2021 |
| Pending Deposits: | $63.74 | Last Statement Balance: | $10,550.22 04/21/2021 |

### Account Details

| | |
|---|---|
| Nickname: | None |
| Type: | Standard Checking |
| Text Banking Nickname: | 3817 |
| Address: | 208 N DEE RD PARK RIDGE, IL 60068 - 2815 |

### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect your Available Balance and are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| 04/26/2021 | MFE*www.McAfee.com CARD#9186 | | $63.74 |
| 04/25/2021 | WEBROOT ANTI VIRUS CARD#9186 | $52.04 | |

### Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 03/31/2021 | ACH TELSINGLE XXXXX4458 SUNTRUST BANK MTG PMTS | $3,119.90 | | $10,929.73 |
| 03/30/2021 | ACH TEL-SINGLE 3471480 PMNTUS SVC FEE SERVICEFEE | $1.75 | | $14,049.63 |
| 03/30/2021 | ACH TEL-SINGLE 0885157 T-MOBILE IVR PCS SVC | $101.00 | | $14,051.38 |
| 03/30/2021 | ACH TEL-SINGLE 6660830 COMM ED RESIDENT UTIL PMNT | $150.00 | | $14,152.38 |
| 03/30/2021 | ACH DEBIT XXXXX1351 NICOR GAS NICPAYMENT | $202.95 | | $14,302.38 |
| 03/30/2021 | ACH TEL-SINGLE 8800351 COMCAST CABLE | $243.54 | | $14,505.33 |
| 03/30/2021 | ACH TELSINGLE XXXXX0452 BMWFINANCIAL SVS BMWFS PYMT | $520.00 | | $14,748.87 |
| 03/29/2021 | ACH TEL-SINGLE INSURANCE BRIGHT HEALTH IN XXXXX4040 | $262.81 | | $15,268.87 |
| 03/29/2021 | DEBIT CARD PURCHASE XXXXX9186 HELLO* HELLOFAX HTTPSWWW.HE CA | $1.99 | | $15,531.68 |
| 03/29/2021 | DEBIT CARD PURCHASE XXXXX9186 BESTBUYCOMXXXXX6205 888BESTBUY MN | $110.24 | | $15,533.67 |
| 03/29/2021 | DEBIT CARD PURCHASE XXXXX4773 IL TOLLWAYAUTOREPLENI XXXXX7277 IL | $20.00 | | $15,643.91 |
| 03/29/2021 | DEBIT CARD PURCHASE XXXXX9186 JUSTANSWER PHONECALL XXXXX1371 CA | $34.00 | | $15,663.91 |

| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| 03/29/2021 | ATM DEPOSIT 95028387 DEPOSIT 607 W DEVON AVE PARK RIDGE IL | | $1,260.00 | $15,697.91 |
| 03/25/2021 | DEBIT CARD PURCHASE XXXXX9186 HELLO* HELLOFAX HTTPSWWW.HE CA | $0.99 | | $14,437.91 |
| 03/23/2021 | DEBIT CARD PURCHASE XXXXX9186 HELLO* HELLOFAX HTTPSWWW.HE CA | $1.59 | | $14,438.90 |
| 03/23/2021 | DEBIT CARD PURCHASE XXXXX9186 JUSTANSWER TRIAL XXXXX1371 CA | $1.00 | | $14,440.49 |
| 03/23/2021 | DEBIT CARD PURCHASE XXXXX9186 LEGCAY PARKING COMPANY CHICAGO IL | $17.00 | | $14,441.49 |
| 03/22/2021 | POS PURCHASE POS10674801 6388428 9660 GOLF ROAD DES PLAINES IL | $44.16 | | $14,458.49 |
| 03/22/2021 | POS PURCHASE POS70784764 6388429 VERIZON WRLS M NILES IL | $39.66 | | $14,502.65 |
| 03/22/2021 | RECURRING DEBIT CARD XXXXX6080 ZOOMUS XXXXX9666 WWWZOOMUS CA | $14.99 | | $14,542.31 |
| 03/19/2021 | RECURRING DEBIT CARD XXXXX6078 LEGALSHIELD MEMBRSHIP XXXXX7757 OK | $24.95 | | $14,557.30 |
| 03/15/2021 | DEBIT CARD PURCHASE XXXXX9186 HELLO* HELLOFAX HTTPSWWW.HE CA | $0.99 | | $14,582.25 |
| 03/12/2021 | POS PURCHASE POS63770301 1861723 SHELL SERVICE MORTON GROVE IL | $15.40 | | $14,583.24 |
| 03/12/2021 | N0312 4773 PAYMENT POS004 1835728 NETFLIX COM LOS GATOS CA | $13.99 | | $14,598.64 |
| 03/08/2021 | POS PURCHASE POS10674801 5660388 9660 GOLF ROAD DES PLAINES IL | $39.29 | | $14,612.63 |
| 03/05/2021 | ACH DEBIT 01 S XXXXX1601 STATE FARM RO 27 SFPP | $147.10 | | $14,651.92 |
| 03/01/2021 | ACH TELSINGLE XXXXX4458 SUNTRUST BANK MTG PMTS | $3,119.90 | | $14,799.02 |
| 03/01/2021 | POS PURCHASE POS29616701 5686816 DEMPSTER AND G NILES IL | $2.08 | | $17,918.92 |
| 03/01/2021 | ATM DEPOSIT 90319469 DEPOSIT 607 W DEVON AVE PARK RIDGE IL | | $6,840.00 | $17,921.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NATALJA VILDZIUNIENE           CASE NO.: 19-22967

FOR MONTH ENDING March 31, 2021

STATEMENT OF INVENTORY

Beginning inventory                        $ _____

Add: purchases                             $ _____

Less: goods sold                           $ _____
(cost basis)

Ending inventory                           $ _____


PAYROLL INFORMATION STATEMENT
Gross payroll for this period              $ _____

Payroll taxes due but unpaid               $ _____


STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Servicer | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| PHH | 3/01/2021 | $826 | -0- | -0- |
| SPS | 3/01/2021 | $774 | -0- | -0- |
| PHH | 3/01/2021 | $805 | -0- | -0- |
| Sun Trust | 3/01/2021 | $3,119.90 | -0- | -0- |
| BMW | 3/25/2021 | $500 | -0- | -0- |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Natalja Vildziuniene, acting as the duly authorized agent for the Debtor in Possession, declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor in Possession

Print or type name and capacity of
person signing this Declaration:

Natalja Vildziuniene
Debtor in Possession

DATED: May 7, 2021