IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Natalja Vildziuniene, | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Case No.  19-22967 |

## NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **the 7th day of June 2021 at the hour of 1:00 p.m.,** or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, or before any other Judge who may be sitting in his place, and present the **Motion of Debtor for Authority to Employ Handwriting Expert and Approval of Fee Agreement Contract,** a copy of which is attached hereto and herewith served upon you.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video,** (1) use the link:  https://www.zoomgov.com/.  (2) Enter the meeting ID 161 329 5276.  (3) Enter the passcode 433658.  **Unless otherwise ordered by Judge Barnes, the hearings will be conducted *without* video.**

**To appear by telephone,** (1) CALL Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  (2) Enter the meeting ID 161 329 5276.  (3) Enter passcode 433658.

**When prompted identify yourself by stating your full name.**

**To reach Judge Barnes's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may call the matter regardless.

/s/John H. Redfield
Crane, Simon, Clar & Goodman
135 S. LaSalle, Suite 3950
Chicago, IL 60603
(312) 641-6777

# CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF) (where indicated), via Facsimile or email (where indicated) or via First Class U.S. Mail (where indicated), and properly addressed and postage pre-paid on the 23rd of May 2021.

/s/John H. Redfield

**Via ECF**
Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

**James J Ayres Law Offices, Ltd.**
*James@AyresLawLtd.com*

**Kevin Besetzny**
kbesetzny@besetznylaw.com

**Jennifer M Rinn**
Jennifer@rinnrichmanlaw.com

**Amir R Tahmassebi**
amir@konicekdillonlaw.com

**Jeffrey Snell** jeffrey.snell@usdoj.gov

**Bradley Block**
brad.block@bradblocklaw.com

**Jonathan D. Golding**
jgolding@goldinglaw.net

**Richard N Golding**
rgolding@goldinglaw.net

**Cornelius P Brown**
nbrown@cohonraizes.com

**Carrie A. Dolan**
cdolan@cohonraizes.com

**Jeffrey D Corso**
jcorso@ccvmlaw.com

**Peter C Bastianen**
bkpleadingsNORTHERN@il.cslegal.com

**Christopher T Smith**
ctsmith@attorneyctsmith.com

**David DeCelles**
U.S. Attorney's Office
david.decelles@usdoj.gov

**Dana N O'Brien**
dana.obrien@mccalla.com

**Toni Townsend**
toni.townsend@mccalla.com

**Via Email:**
Natalja Vildziuniene

James L. Hayes
JLLHQDE@AOL.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Natalja Vildziuniene, | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Case No.  19-22967 |

**MOTION FOR AUTHORITY TO EMPLOY HANDWRITING EXPERT
AND APPROVAL OF FEE AGREEMENT CONTRACT**

Natalja Vildziuniene, Debtor/Debtor-in-Possession herein ("Debtor"), by her counsel, Crane, Simon, Clar & Goodman, hereby seeks the entry of an order authorizing the Debtor to retain and employ James L. Hayes and the firm of James L. Hayes & Associates (collectively "Hayes") as her handwriting expert, and Approval of Fee Agreement Contract, and in support thereof, states as follows:

**Introduction**

1. On August 14, 2019, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating her business and managing her financial affairs as debtor-in-possession since the Petition Date. No trustee, examiner or committee of unsecured creditors has been appointed in the Debtor's Chapter 11 case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

4. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

5. The statutory predicates for the relief requested in this Motion are Sections 327 and 328 of the Bankruptcy Code.

6. The Debtor has selected Hayes because of its expertise in handwriting examination and identification of documents, and by this Motion the Debtor seeks the entry of an Order approving the Debtor's retention and employment of Hayes, and approval of the Fee Agreement Contract, attached hereto as **Exhibit A** (the "Agreement").

**Relevant Factual Background**

7. The Debtor's place of residence is located at 647 Metropolitan Way, #305, Des Plaines, IL 60016.

8. The Debtor is of the opinion that her identity, credit and property were converted by the forging of her signature to numerous documents including but not limited to mortgages, deeds, promissory notes, guaranties and applications. The Debtor is in need of a handwriting expert to resolve issues and claims in this case.

9. Hayes represents no interests adverse to the Debtor, its estate or its creditors and are therefore disinterested. The Affidavit of Disinterestedness of Hayes is attached hereto as **Exhibit B** and by express reference made a part hereof.

10. Hayes has examined numerous documents in the past as a handwriting expert and has been an expert witness in court on numerous occasions.

11. Hayes has requested a $2,000 retainer in order to commence work as set forth in Exhibit A.

WHEREFORE, Natalja Vildziuniene, debtor/debtor-in-possession herein, prays for the entry of an Order as follows:

   A. Authorizing the employment of the firm of James L. Hayes & Associates as a handwriting expert pursuant to the terms of the Fee Agreement Contract attached hereto as Exhibit A;

   B. Authorizing the Debtor to enter into the Fee Agreement Contract;

   C. Authorizing the Debtor to pay Hayes $2,000 as referenced in the Fee Agreement Contract, without further Order of Court; and

   D. For such other and further relief as is just and equitable.

            Natalja Vildziuniene, Debtor

            By: /s/John H. Redfield
              One of her attorneys

**DEBTOR'S COUNSEL:**
John H. Redfield (Atty. No. 2298090)
Crane, Simon, Clar & Goodman
135 S. LaSalle Street, Suite 3950
Chicago, Illinois 60603
312-641-6777
W:\JHR\Vildziuniene, Ch.11\Employ Handwrit Specialist.MOT-Hayes.docx