UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| NATALJA VILDZIUNIENE, | ) | CASE NO. 19-22967 |
| | ) | |
| DEBTOR. | ) | HON. TIMOTHY A. BARNES |

**LIMITED REPLY OF THE U.S. TRUSTEE TO AMENDED RESPONSE OF BRUCE de'MEDICI TO MOTION OF VITO MONTANA TO RESET HEARING ON MOTION TO AUTHORIZE DISBURSEMENTS**

Now comes Patrick S. Layng, the United States Trustee for Region 11 (the "U.S. Trustee"), by his attorney, Jeffrey S. Snell, and in limited reply to the Amended Response of Bruce de'Medici to Motion of Vito Montana to Reset Hearing on Motion to Authorize Disbursements (the "de'Medici Response") [Dkt. 455], respectfully states to the Court as follows:

1. The U.S. Trustee has taken no position to date on Vito Montana's request for 50% of the proceeds realized from the sale of the real estate located at 208 N. Dee Rd., Park Ridge, Illinois. However, the U.S. Trustee is compelled to object to the affirmative relief sought by the debtor's former bankruptcy counsel, Bruce de'Medici, through his response to Montana's motion. Specifically, de'Medici's request that the Court "assess" $27,683.50 against Montana's share of the sales proceeds for attorney fees and costs de'Medici claims to be entitled to.

2. The relief sought in the de'Medici Response is (1) legally tenuous, and (2) factually unfounded. de'Medici was previously employed as counsel for the debtor as debtor-in-possession under 11 U.S.C. § 327. At no point has de'Medici made application for fees under 11 U.S.C. § 330. When and if de'Medici is awarded fees under § 330, those fees will be owed by the *bankruptcy estate*. While the U.S. Trustee does not subscribe to de'Medici's § 363(j) argument, even if it were

egally correct,[1] the claim for contribution would belong to the estate, not the § 327 professional directly.

WHEREFORE, the U.S. Trustee requests that the Court deny all relief sought in the de'Medici Response.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG,
U. S. TRUSTEE

Dated: May 28, 2021

/s/ *Jeffrey S. Snell*
Jeffrey S. Snell, Trial Attorney
Office of the United States Trustee
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
Direct: (312) 886-0890
Email: Jeffrey.Snell@usdoj.gov

---

[1] The U.S. Trustee does not read the text of the statute, or the caselaw cited in the de'Medici Response, to support the actual relief de'Medici is seeking here. The *In re Heinze*, 418 B.R. 576 (Bankr. M.D.N.C. 2009) decision that de'Medici cites surveys other decisions (including the *Flynn* and *Fill* decisions that de'Medici cites), and observes that "[w]hile some decisions recognize that there are circumstances in which attorney's fees may be deducted from the proceeds of sale under section 363(j), these decisions have taken a conservative approach in determining when attorney's fees may be treated as a cost of sale under section 363(j)." Id. at 582. The court in *Heinze* declined to award the trustee's requested attorney fees as their relation to the sale was too tenuous and § 363(j) therefore the improper vehicle. Similarly here, de'Medici seeks fees for many activities with attenuated or no connection to sale of the 208 N. Dee Rd. property.

## CERTIFICATE OF SERVICE

I, Jeffrey S. Snell, an attorney, certify that I caused a copy of above REPLY to be served on each entity shown on the attached service list at the address shown and by the method indicated on May 28, 2021, before 5:00 p.m.

/s/ Jeffrey S. Snell

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

James J Ayres    James@AyresLawLtd.com, jjasresq@gmail.com;docket@ayreslawltd.com
Peter C Bastianen    bkpleadingsNORTHERN@il.cslegal.com
Kevin Besetzny    kbesetzny@besetznylaw.com
Bradley Block    brad.block@bradblocklaw.com
Jeffrey D Corso    jcorso@ccvmlaw.com
David DeCelles    david.decelles@usdoj.gov
Carrie A. Dolan    cdolan@cohonraizes.com
Jonathan D. Golding    jgolding@goldinglaw.net
Richard N Golding    rgolding@goldinglaw.net
Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
Dana N O'Brien    dana.obrien@mccalla.com,
John H Redfield    jredfield@cranesimon.com, slydon@cranesimon.com
Jennifer M Rinn    Jennifer@rinnrichmanlaw.com, IL.ECF@aislegaltrac.com
Christopher T Smith    ctsmith@attorneyctsmith.com
Jeffrey Snell    jeffrey.snell@usdoj.gov
Amir R Tahmassebi    amir@konicekdillonlaw.com, Sheila@konicekdillonlaw.com
Toni Townsend    toni.townsend@mccalla.com, northerndistrict@mccalla.com,mccallaecf@ecf.courtdrive.com
Bruce E de'Medici    bdemedici@gmail.com

**Parties Served via First Class Mail:**

| | |
|---|---|
| Natalja Vildziuniene<br>208 Dee Road<br>Park Ridge, IL 60068 | BMW Financial Services NA, LLC,<br>c/o AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118 |
| Cornelius P. Brown<br>Cohon Raizes & Regal<br>208 S. LaSalle Street<br>Suite 1440<br>Chicago, IL 60604 | William G. Potratz<br>30 N. LaSalle St.<br>Ste. 3200<br>Chicago, IL 60602 |